UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELMAS PIERRE EDWARDS,

      Plaintiff,                              Case No. 25-cv-11957
                                          Honorable Linda V. Parker

v.

JP MORGAN CHASE BANK N.A.,

      Defendant.

_____/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 26) AND GRANTING DEFENDANT'S MOTION TO DISMISS (ECF NO. 18)**

Plaintiff commenced this lawsuit against Defendant on June 30, 2025.  On September 26, 2025, Defendant filed a motion to dismiss.  (ECF No. 18.)  The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 6.)

On April 27, 2026, Magistrate Judge Stafford issued a report and recommendation ("R&R") recommending that the Court grant Defendant's motion.  At the conclusion of the R&R, Magistrate Judge Stafford advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  She further specifically advises the parties that "[f]ailure to file

specific objections constitutes a waiver of any further right to appeal." (*Id.*)

Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford, except the Court finds that Plaintiff's claim under the Consumer Financial Protection Act must be dismissed with prejudice. As Magistrate Judge Stafford concludes, there is no private right of action under the statute. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant's motion to dismiss is **GRANTED**.

Date: May 27, 2026                       s/LINDA V. PARKER
                                         UNITED STATES DISTRICT JUDGE

2